UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MILES, SR., #237 629 | ) |
| | ) |
| Petitioner, | ) |
| | ) CASE NO. 2:09-cv-1095-ID |
| v. | )           (WO) |
| | ) |
| LOUIS BOYD, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

Before the Court are the Recommendation of the Magistrate Judge (Doc. #12) and the Petitioner's objections to the Recommendation (Doc. #13). Having conducted a *de novo* review of the Recommendation, it is CONSIDERED and ORDERED that:

1. The Petitioner's objections to the Recommendation of the Magistrate Judge (Doc. #13) be and the same are hereby OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #12) be and the same is hereby ADOPTED, APPROVED and AFFIRMED; and

3. The petition for habeas corpus relief filed by Don Miles, Sr., (Doc. # 1) be and the same is hereby DISMISSED with prejudice because the Petitioner failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

The Court will enter a separate final judgment.

DONE this the 24th day of August, 2010.

                                          /s/ Ira Dement
                                          SENIOR UNITED STATES DISTRICT JUDGE