UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DON MILES, SR., #237 629 | ) |
| | ) |
| Petitioner, | ) |
| | ) CASE NO. 2:09-cv-1095-ID |
| v. | )            (WO) |
| | ) |
| LOUIS BOYD, WARDEN, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be and the same is hereby entered in favor of Respondents, and against Petitioner Don Miles, Sr., and that Petitioner take nothing by his said suit.

It is further CONSIDERED and ORDERED that all costs herein incurred be and the same are hereby TAXED against Petitioner, for which let execution issue.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 24th day of August, 2010.

/s/ Ira Dement
SENIOR UNITED STATES DISTRICT JUDGE

1